# United States Bankruptcy Court
# District of New Mexico

Office of the Clerk
421 Gold Avenue SW, Third Floor
P. O. Box 546
Albuquerque, New Mexico 87103-0546
505 - 348 - 2500

November 1, 2006

Mr. Richard Heltzel
Clerk of the Bankruptcy Court
Eastern District of California
501 I Street, Suite 3-200
Sacramento, CA 95814

Re: Martti Ruona, No. 06-10901-m7

Dear Mr. Heltzel:

    Enclosed is the original file (on disk) in this matter. Also enclosed is a certified copy of the docket sheet.

    Please acknowledge receipt of the enclosures on the bottom of this letter and return it to this office.

Sincerely,

S/

Jacqueline Satches, Case Manager

cc: Mr. R. Trey Arvizu, III
PO Box 1479
Las Cruces, NM 88004-1479

Mr. Kieran F. Ryan
PO Box 26
Las Cruces, NM 88004-0026

United States Trustee
PO Box 608
Albuquerque, NM 87103-0608

******************************************************
ACKNOWLEDGMENT OF RECEIPT OF CASE

The file for the above named debtor(s) has been received. We have assigned the following number to the case:_____.

CLERK OF THE U. S. BANKRUPTCY COURT

Date:_____  By: _____
                                                                              Deputy Clerk